# EXHIBIT 2

| From: | Kennedy, William |
|---|---|
| To: | Jeff Maguire |
| Cc: | jreitzas bnrllp.com; trosenberg bnrllp.com; Petrillo, Gabriella; Kennedy, William |
| Subject: | Cajilema v. Barrett - NY DOL audit and potential settlement |
| Date: | Friday, December 27, 2024 2:44:05 PM |
| Attachments: | MMWR_Attorney_01_large_03.png |
| | MMWR_Attorney_01_large_06.png |

**External Email:**

Jeff,

I believe you are aware of the NY DOL's audit of Barrett Roofs. I recently learned of it and that it is being resolved. The resolution may include a payment to your client, Mr. Cajilema.

I have not been involved in the audit or resolution of it. I understand that the audit focused on public sector jobs in NY state in 2018 and 2019 and that Barrett is currently waiting for a stipulation from the NYDOL to resolve the matter. I will let you know as I receive more information, but let us know if you have time for a call on Monday or Tuesday to discuss this matter.

Thanks,
Bill


**William Kennedy** | Partner
**Montgomery McCracken Walker & Rhoads LLP**
Tel: 215-772-7291 | Fax: 215-731-3689 | wkennedy@mmwr.com | Attorney Profile




 **William Kennedy** | Partner
**Montgomery McCracken Walker & Rhoads LLP**
1735 Market Street | Philadelphia, PA 19103-7505
Tel: 215-772-7291 | Cell: 215-990-2321 | Fax: 215-731-3689 | wkennedy@mmwr.com | Attorney Profile



Notice: This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution and/or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and please immediately delete this message from your computer as well as any storage device(s). Thank you