TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
DISTRITO ESTE DE NUEVA YORK

JOSE MANUEL CAJILEMA, en su propio nombre y en el de todos los demás que se encuentren en una situación similar,

                                      Demandante,

            -contra-

BARRETT ROOFS, INC., y THOMAS DELANCEY, individualmente,

                                      Acusados.

Nº de expediente: 23-cv-0080 (GRB)(AYS)

SI RECIBIÓ ESTE FORMULARIO Y DESEA UNIRSE A ESTA DEMANDA, COMPLETE ESTOS DOS PASOS:

1. COMPLETAR Y FIRMAR ESTE FORMULARIO DE CONSENTIMIENTO PARA UNIRSE; Y
2. USE EL SOBRE ADJUNTO PARA DEVOLVER ESTE FORMULARIO A LA DIRECCIÓN QUE SE INDICA A CONTINUACIÓN A MÁS TARDAR EL **1 DE ABRIL DE 2025**

**Arden Claims Service LLC**
**Re: Barrett Roofs Case**
**PO Box 1015**
**Port Washington, NY 11050**
**Tel: 516-604-0691 | Fax: 516-712-1172**

También puede escanear y enviar el formulario firmado por correo electrónico a: **BarrettRoofsSettlement.info@ardenclaims.com**

Doy mi consentimiento para unirme a la acción colectiva y autorizo a Stevenson Marino LLP a actuar en mi nombre en todos los asuntos relacionados con esta acción, incluida cualquier resolución de mis reclamos.

_Gutierrez [signature]_
**FIRMA**

**FABIAN P. Gutierrez C.**
**NOMBRE EN LETRA DE IMPRENTA**

315 SAMPTON AVE
**Dirección**

SO. PLAINFIELD NJ 07080
**Ciudad, Estado, Código Postal**

908-397 5238
**Número de teléfono**

Fabian021767@gmail.com
**Dirección de correo electrónico**

06/30/1998
**Fecha de inicio del empleo**

02/28/2020
**Fecha de finalización del empleo**

4